sion of the Special Master's remedial proceedings. [For earlier order herein, see, e. g., ante, p. 1026.]

No. 96–8732. EDWARDS ET AL. v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, ante, p. 931.] Further consideration of motion of petitioner Joseph Tidwell to reconsider order denying certiorari on Question 2 [ante, p. 931] deferred.

No. 96–1693. HOPKINS, WARDEN v. REEVES. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1151.] Motion for appointment of counsel granted, and it is ordered that Paula Hutchinson, Esq., of Lincoln, Neb., be appointed to serve as counsel for respondent in this case.

No. 96–8837. CLEVELAND ET AL. v. UNITED STATES. C. A. 1st Cir. [Certiorari granted, ante, p. 1023.] Motion for appointment of counsel granted, and it is ordered that Norman S. Zalkind, Esq., of Boston, Mass., be appointed to serve as counsel for petitioner Enrique Gray-Santana in this case. Motion for appointment of counsel granted, and it is ordered that John H. Cunha, Jr., Esq., of Boston, Mass., be appointed to serve as counsel for petitioner Donald E. Cleveland in this case.

No. 97–6789. MOOMCHI v. NEW MEXICO CORRECTIONS DEPARTMENT ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until February 10, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–1015. IN RE BEARDSLEE;
No. 97–7153. IN RE ISELEY; and
No. 97–7222. IN RE JOHNSON. Petitions for writs of habeas corpus denied.

No. 97–7561 (A–522). IN RE CEJA. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 97–6796. IN RE SCHIEFEN; and
No. 97–6820. IN RE WHITFIELD. Petitions for writs of mandamus denied.